# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DAVID RONEMUS,<br><br>       Petitioner,<br><br>vs.<br><br>MIKE MAHONEY; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>       Respondent. | No. CV-10-34-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] on June 10, 2010. Petitioner filed Objections[2] on June 24, 2010. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 4.

[2] Document No. 6.

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Petition[3] is DISMISSED.

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to close this matter and enter judgment in favor of Respondents and against Petitioner.

DATED this 1st day of July, 2010.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Document No. 1.

-2-